# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Boulevard, Albany, New York 12212

| | | |
|---|---|---|
| Andrea E. Celli, Esq.<br>Trustee<br>Bonnie Baker, Esq.<br>Assoc. Attorney | Telephone: (518) 449-2043<br>Facsimile: (518) 449-2473 | For payments Only:<br>P.O Box 1918<br>Memphis, TN 38101-1918 |

**FILED**

May 23, 2011

MAY 2 4 2011

OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

RECEIVED

MAY 2 4 2011

OFFICE OF THE BANKRUPTCY CLERK

Bankruptcy Court
Alexander Pirnie Federal Building
10 Broad Street. Room 230
Utica, New York 13501

Re:    07-62148                    Raymond & Julianne Gumuka

To Whom It May Concern:

Enclosed please find check #**922661** in the amount of $42.78. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

    Claim No.        14

    Account#        1490

    Creditor        FCNB Mastertrust
                        157 Technology Pkwy, Ste 900
                        Norcross, GA 30092

Very truly yours,

*Cheryl Corning*

Cheryl Corning
Office of Andrea Celli